No. 965. George Stuart, as Trustee, etc., Petitioner, *v.* Estelle Manegold Beaven. April 29, 1918.

246 U. S.   Cases Disposed of Without Consideration by the Court.

